Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**MANUEL EDUARDO HUERTA MAYANCELA**
**Country of Birth:** Ecuador
**A-Number:** 222516503

## Current Detention Facility:

BROOKLYN MDC
80 29th Street
Brooklyn, NY 11232
**Visitor Information:** (718) 840-4200

# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

VARRICK, NY, SERVICE PROCESSING CENTER
(DOCKET CONTROL OFFICE)
**Phone Number:** (212) 863-3401

BACK TO SEARCH >

Related
Information

Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

External Links

Bureau of Prisons Inmate
Locator



DHS.gov USA.gov OIG OpenFOIA Metrics No Site Site
Gov FearMapPolicies
Act & 
Plug-
Ins